FILED

2019 APR -9 PM 2:50

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:19 CR 230 |
| | ) | Title 18, United States Code, |
| JOSHUA WALKER, | ) | Sections 922(g)(1) and 924(a)(2) |
| Defendant. | ) | JUDGE GWIN |

COUNT 1
(Felon in Possession of Ammunition, §§ 922(g)(1) and 924(a)(2)))

The Grand Jury charges:

On or about October 25, 2017, in the Northern District of Ohio, Eastern Division, Defendant JOSHUA WALKER, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Conspiracy to Possess With Intent to Distribute Crack Cocaine, on or about March 8, 2005, in Case Number 1:04-cr-00541-PAG-1, in United States District Court, for the Northern District of Ohio, did knowingly possess in and affecting interstate commerce, ammunition, to wit: shell casings stamped FC 9mm Luger, said ammunition having been previously shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.