# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:19CR230 |
| Plaintiff, | : | JUDGE: JAMES GWIN |
| vs. | : | |
| JOSHUA WALKER, | : | **NOTICE OF AFFIRMATIVE DEFENSES AND SELF DEFENSE** |
| Defendant, | : | |

Defendant Joshua Walker, through undersigned counsel, hereby provides notice, pursuant to Federal Rule of Criminal Procedure 12(b)(2), that at the upcoming trial, he may rely on the defenses of "Duress" and/or "Justification" and/or "Self-Defense". These defenses are recognized by the Sixth Circuit Pattern Jury Instruction 6.05, 6.06 and 6.07 respectively. Mr. Walker intends to present witness(es) at the upcoming trial in support of this defense(s).

Respectfully submitted,

/s/ Timothy J. Kucharski_____
RICHARDSON & KUCHARSKI CO. L.P.A.
Timothy J. Kucharski [0062226]
1200 West 3rd Street
First Floor, Suite #190
Cleveland, Ohio 44113
Ph. 216.623.6600 / 216.857.3001
Fax 216.574.9813
TimKuch@aol.com
Attorney for Joshua Walker

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SERVICE OF PROCESS

A copy of the foregoing Notice of Defenses was delivered to the counsel for the United States electronically per the Court's electronic filing system on, this  17th day of May, 2019.

        /s/ Timothy J. Kucharski_____
        RICHARDSON & KUCHARSKI CO. L.P.A.
        Timothy J. Kucharski [0062226]
        1200 West 3rd Street
        First Floor, Suite #190
        Cleveland, Ohio 44113
        Ph. 216.623.6600 / 216.857.3001
        Fax 216.574.9813
        TimKuch@aol.com
        Attorney for Defendant